**WO**                                                                                                          SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damian L. Dudley, | ) No. CV 08-2168-PHX-SMM (LOA) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| County of Maricopa, et al., | ) |
| Defendants. | ) |

The Court dismissed Plaintiff's Complaint for failure to state a claim on January 5, 2009. (Doc. #4.) Plaintiff has filed a motion for leave to proceed *in forma pauperis* on appeal. (Doc. #10.) The Court certifies that Plaintiff's appeal is not taken in good faith.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **DENIED** as not taken in good faith. (Doc. #10.)

DATED this 27th day of February, 2009.

Stephen M. McNamee
United States District Judge